JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEDREW WHITE,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE JAIME,<br><br>　　　　　Respondent. | CASE NO. CV 20-01934 DOC (RAO)<br><br>JUDGMENT |

　　　Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: September 10, 2020

_/s/ David O. Carter_

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE